UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FLORENCE KIMANZI, | Civil Action No. 11-3466 (FSH) |
| Plaintiff, | |
| v. | **ORDER TO SUBMIT** |
| | **JOINT STATUS REPORT** |
| MIDLAND FUNDING, LLC., et al. | |
| Defendants. | |

IT IS on this 8th day of February, 2012,

**ORDERED** that all parties shall jointly provide the Court with the following information, set forth in a single report not to exceed eight pages in length, by February 22, 2012;

1. Indicating whether this is a jury or non-jury case;

2. Briefly describing the nature of the case, the relief requested by the parties, the substantive issues in the case, and the parties' positions on each issue;

3. Stating the date discovery closes in this matter;

4. Stating whether (and when, if possible) a party intends to file any, or additional, dispositive motions, including a brief description of the grounds for such motion; and

5. Stating whether a party or parties feel a settlement conference with the Court would be beneficial, and whether the parties are currently engaged in settlement negotiations.

**PARTIES ARE ADVISED THAT THIS ORDER DOES NOT AFFECT ANY DISCOVERY OR OTHER DEADLINE SET BY THE MAGISTRATE JUDGE.**

                                                 s/   Faith S. Hochberg
                                                 United States District Judge