**CLOSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FLORENCE KIMANZI, | Civil Action No. |
| Plaintiff, | |
| vs. | 2:11-CV-03466 |
| MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC., ENCORE CAPITAL GROUP, AND ENCORE RECEIVABLES MANAGEMENT, INC. | DISMISSAL ORDER |
| Defendants. | |

**IT IS HEREBY ORDERED:**

1. That, pursuant to the parties' March 14, 2012 Joint Stipulation of Dismissal, all claims asserted by Plaintiff Florence Kimanzi against Midland Funding, LLC, Midland Credit Management, Inc., and Encore Capital Group, in Civil Action No. 2:11-CV-03466-FSH-PS, are dismissed with prejudice; and

2. That Plaintiff has resolved her dispute with Encore Receivables Management, Inc.; and

2. That Plaintiff and Defendants shall bear their own attorneys' fees and costs incurred in this action; and

3. That the Court's files for this action are closed.

**SO ORDERED** this 15th day of MARCH, 2012.

_____
HONORABLE FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE